CHRISTOPHER P. KOHN, ESQ.
Attorney for Defendant, Lawyers Title Company
350 Fifth Avenue, Suite 5016
New York, New York 10118
646-708-8090
Christopher Kohn (CK5658)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

HENRY LAM, on behalf of himself and all
others similarly situated,

CLASS ACTION No.: 09CV5211

        Plaintiffs,

    -against-

**CORPORATE DISCLOSURE
STATEMENT PURSUANT TO
FED. R. CIV. P. 71**

DONALD J. TRUMP, TRUMP
ORGANIZATION, INC., TRUMP
ORGANIZATION, LLC, TRUMP MARKS,
LLC, TRUMP MARKS BAJA, LLC,
IRONGATE DEVELOPMENT, IRONGATE
WISHIRE, LLC, IRONGATE CAPITAL
PARTNERS, LLC, JASON GROSFELD,
ADAM FISHER, RICHARD FISHER,
CASEY FEDERMAN, JOSHUA CRANE,
FIRST AMERICAN FUND CONTROL, INC.,
CALIFORNIA FUND CONTROL, INC.,
SOUTHLAND TITLE CORP., SOUTHLAND
TITLE OF SAN DIEGO, LAWYERS TITLE
COMP., LANDAMERICA TITLE COMP.,
And PB IMPULSORES, S. de R.L. de C.V.
BANCO J.P. MORGAN, S.A., INSTITUCION
DE BANCA MULTIPLE, J.P. MORGAN
GROUPO FINANCIERO, DIVISION
FIDUCIARIA,

        Defendants.
---------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to FRCP 7.1, Lawyers Title Company, makes the following disclosure:

1.      All parent corporations, if any, of the named party:

See Exhibit "A" attached hereto.

2.      All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:

See Exhibit "A" attached hereto.

Dated: New York, New York
      June 23, 2009

CHRISTOPHER P. KOHN
Attorney for Defendant,
Lawyers Title Company
350 Fifth Avenue, Suite 5016
New York, New York 10118
646-708-8090
Fax: 212-594-8378

TO:    Joe R. Whatley, Jr., Esq.
Whatley Drake & Kallas, LLC
Attorneys for Plaintiffs
1540 Broadway, 37th Floor
New York, New York 10036

Audet & Partners, LLP
William M. Audet, Esq.
221 Main Street, Suite 1460
San Francisco, California 94105

Trump Marks Baja, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Trump Marks, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Trump Organization, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Trump Organization, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Donald J. Trump
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Adam Fisher
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Casey Federman
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Jason Grosfeld
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Irongate Capital Partners, LLC
c/o Adam Fisher
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Richard Fisher
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Irongate Wilshire, LLC
c/o James Krause
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

California Fund Control, Inc.
c/o Timothy P. Sullivan
1 First American Way
Santa Ana, California 92707

First American Fund Control, Inc.
c/o Timothy P. Sullivan
1 First American Way
Santa Ana, California 92707

Irongate Development
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

LandAmerica Title Company
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, California 95814

Southland Title Corporation
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, California 95814

Southland Title of San Diego
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, California 95814

**FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation**
**(formerly Fidelity National Title Group, Inc.) FEIN 16-1725106**

## LIST OF SUBSIDIARIES

### EFFECTIVE 03/31/2009

**Cascade Timberlands, LLC,** a Delaware limited liability company (10.001% owned by FNF, 60.219% owned by Fidelity National Timber Resources, Inc.)

**Ceridian Holdings Corp.,** a Delaware corporation (32.927%)

**Fidelity National Special Opportunities, Inc.,** a Delaware corporation
    A.       Remy International, Inc., a Delaware corporation (47%)

**Fidelity National Title Company,** a California corporation
    A.       Duxford Escrow, Inc., a California corporation (50.1%)
    B.       All Counties Courier, Inc., a California corporation, (5% owned by Fidelity National Title Company, 5% owned by Chicago Title Company)

**Fidelity National Title Company of California,** a California corporation

**Fidelity National Timber Resources, Inc.** a Delaware corporation, (formerly Fidelity National Ranch Properties, Inc.)
    A.       Cascade Timberlands, LLC, a Delaware limited liability company (60.719%)
          1.      Cascade Timberlands, (Hamilton), LLC, a Delaware limited liability company
          2.      Cascade Timberlands (Olympic), LLC, a Delaware limited liability company
          3.      Cascade Timberlands (Oregon), LLC, a Delaware limited liability company
          4.      Hamilton Office, LLC, a Delaware limited liability company

**Fidelity National Title Group, Inc. ("FNTG")** a Delaware corporation, (formerly FNT, Inc.) FEIN 03-0597552

    A.       ANFI, LLC (formerly ANFI, Inc., and formerly ANFI Merger Sub, Inc.), a California limited liability company, ("ANFI")
          1.      American Document Services, LLC, a California limited liability company (converted from American Document Services, Inc., a California corporation)
          2.      Bancserv, LLC, a California limited liability company (converted from Bancserv, Inc., a California corporation)

    3.      Ticor Title Abstract of New York, Inc. (formerly  Pioneer Land Title Corporation), a New York corporation

    4.      Ticor Title Company of California (formerly American Title Company), a California corporation

           a.   Ticor Title Agency of Arizona, Inc. (formerly American Title Insurance Agency of Arizona, Inc.), an Arizona corporation

           b.   Ticor Title of Nevada, Inc. (formerly Pioneer National Title of Nevada, Inc.), a Nevada corporation

    5.      West Point Appraisal Services, LLC, a California limited liability company, (converted from West Point Appraisal Services, Inc., a California corporation)

B.     Castle Escrow Holdings, LLC, a California limited liability company

    1.      Interfirst Escrow, Inc., a California corporation (51%)

    2.      Chicago Escrow, Inc. a California corporation

C.     Chicago Title and Trust Company, an Illinois corporation ("CTT")

    1.      Alamo Title Holding Company, a Texas corporation

           a.     Alamo Title Company, a Texas corporation

           b.     Alamo Title Company of Tarrant County, Inc., a Texas corporation

           c.     Alamo Title Insurance, a Texas corporation

           d.     Alamo Title of Guadalupe County, Inc., a Texas corporation

           e.     Alamo Title of Travis County, Inc., a Texas corporation

           f.     SWT Holdings, LLC, a Texas limited liability company

                1.    Alamo Title Company of Harris County, Inc., a Texas corporation

                     i.    Alamo Title Company of Brazoria County, Inc., a Texas corporation

    2.      Chicago Title Insurance Company, a Nebraska corporation

           a.     Alexander Title Agency, Incorporated., a Virginia corporation

           b.     Amarillo Data, Inc., a Texas corporation (33.3%)

           c.     American Title Company, a Texas corporation

           d.     AssetLink, L.L.C., a Colorado limited liability company

           e.     AssetLink, LLC, a Pennsylvania limited liability company

           f.     AssetLink, L.P., a Colorado limited partnership (1%)

           g.     ATM Holdings, Inc., a Pennsylvania corporation

                1.    AMC Settlement Services, LLC, a Pennsylvania limited liability company (22%)

                2.    ATM Consulting Services, LLC, a Pennsylvania limited liability company

                     i.    Residential Facilitators, LLC, a Pennsylvania limited liability company

                3.    Residential Essentials, LLC, a Pennsylvania limited liability company

       i.     ATM Title Corporation of California, a California corporation

h.     Baton Rouge Title Company, Inc., a Louisiana corporation

i.     Blue Ridge Title/CTIC, LLC, a Virginia limited liability company (20%)

j.     Burnet Title of Indiana, LLC, an Indiana limited liability company (12.5%)

k.     Capitol Abstract and Title Company, an Oklahoma corporation

l.     Chicago Land Agency Services, Inc., an Illinois corporation (49.9%)

m.     Chicago Title Agency of Arizona, Inc., an Arizona corporation

n.     Chicago Title Agency of New York , Inc., a New York corporation

o.     Chicago Title Company, a California corporation

       1.     All Counties Courier, Inc., a California corporation, (5% owned by Chicago Title Company, 5% owned by Fidelity National Title Company)

p.     Chicago Title Company of North Carolina, a North Carolina corporation

q.     Chicago Title Company of Washington, a Washington corporation

r.     Chicago Title Costa Rica S.A., a Costa Rica company

s.     Chicago Title Insurance Company of Puerto Rico, a Puerto Rico company

t.     Chicago Title of Colorado, Inc., a Colorado corporation

u.     Chicago Title of Illinois, Inc., an Illinois corporation

v.     Chicago Title of Indiana, Inc., an Indiana corporation

w.     Chicago Title of Kansas, Inc., a Kansas corporation

x.     Chicago Title of Maryland, Inc., a Maryland corporation

y.     Chicago Title of Michigan, Inc., a Michigan corporation (50%)

       1.     Coastline Title Agency, LLC (formerly Niles Title Agency, LLC), a Michigan limited liability company (49%)

       2.     Greenridge Title Agency, LLC, a Michigan limited liability company (50%)

       3.     Preferred Title Services, LLC, a Michigan limited liability company (50%)

       4.     Southwest Michigan Title Agency, LLC, a Michigan limited liability company (50%)

       5.     RealtyCheck.com, LLC, a Michigan limited liability company

       6.     Stetler Title Agency, LLC, a Michigan limited liability company (50%)

|       | 7. | Woodland Title Agency, LLC, a Michigan limited liability company (40%) |

z.  Chicago Title of Minnesota, Inc., a Minnesota corporation

aa.  Chicago Title of Missouri, Inc., a Missouri corporation

bb.  Chicago Title of Montana, Inc., a Montana corporation

cc.  Chicago Title of New Jersey, Inc., a New Jersey corporation

dd.  Chicago Title of Ohio, Inc., a Delaware corporation

    1.  Prosperity East Title Agency, LLC, an Ohio limited liability company (64.90%)

ee.  Chicago Title of Texas, Inc., a Texas corporation

ff.  Chicago Title of Wisconsin, Inc., a Wisconsin corporation

gg.  Chicago Title of the Florida Keys, Inc., a Florida corporation (85%)

hh.  Colonial Title and Abstract Service, LLC, a New Jersey limited liability company (20%)

ii.  Commonwealth Land Title Insurance Company, a Nebraska corporation ("CLTIC")

    1.  Atlantic Title & Abstract Company, a Delaware corporation

        a.  ATACO, Inc., a Pennsylvania corporation

    2.  Closingguard, Inc., a Delaware corporation (100% preferred, 18.9% common)

    3.  CLTIC-RELO, Inc., a Pennsylvania corporation

    4.  Commercial Settlements, Inc., a District of Columbia corporation

    5.  Commonwealth Capitol City Title, Inc. (formerly LandAmerica Capitol City Title Services, Inc.), a New Mexico corporation

    6.  Commonwealth Espanola Title & Abstract Company (formerly LandAmerica Espanola Abstract Company, Inc.), a New Mexico corporation

    7.  Commonwealth Land Title Company, a California corporation

    8.  Commonwealth Land Title Company of San Antonio, a Texas corporation

    9.  Commonwealth Land Title Company of Washington, a Washington corporation

    10.  Commonwealth Land Title Corporation, an Iowa corporation

    11.  Commonwealth Lawyers Title Company of New Mexico (formerly LandAmerica Albuquerque Title Company), a New Mexico corporation

    12.  Commonwealth Relocation Services, Inc., a Pennsylvania corporation

13. Congress Abstract Corporation, a Pennsylvania corporation
14. Crestview Lawyers Service, a New Jersey corporation
15. CRS Financial Services, Inc., a Pennsylvania corporation
16. DO Holding Company, Inc. a Delaware corporation
17. Golden State Title Company, a California corporation
18. Goliath, Inc., a Pennsylvania corporation
    a. Goliath Four, L.P., a Pennsylvania limited partnership
19. LandAmerica NJ Title Insurance Company, a New Jersey corporation ("LTIC-NJ")
20. Land Title of Nevada, Inc., a Nevada corporation
21. LandAmerica Appraisal Services, Inc., a Pennsylvania corporation
22. LandAmerica Commonwealth Title of Austin, Inc., a Texas corporation
23. LandAmerica Commonwealth Title of Dallas, Inc., a Texas corporation
24. LandAmerica Commonwealth Title of Fort Worth, Inc., a Texas corporation
25. LandAmerica Commonwealth Title of Houston, Inc., a Texas corporation
26. LandAmerica Partners Title Company, a Texas corporation
27. LandAmerica Texas OneStop, Inc. a Texas corporation
28. Longworth Insured Title Agency, LLC, an Ohio limited liability company (51%)
29. Napa Land Title Company, a California corporation
30. Network Title Services, Inc., a New Jersey corporation
31. New York Land Services, Inc., a New York corporation
32. Osage Corporation, a Pennsylvania corporation
33. Portland Financial Services Corporation, an Oregon corporation
34. Property Services, Inc., a Pennsylvania corporation
35. Residential Abstract, LLC, a New York limited liability company (51%)
36. RTC Holding Company, a Washington corporation
37. Southern Escrow and Title, LLC, a Florida limited liability company (20%)

38.      Title Guarantee Company of Rhode Island, a Rhode Island corporation

kk.      CTC GP, LLC, a Delaware limited liability company

1.      Closing Concepts, L.L.C., a Pennsylvania limited liability company

     a.      Closing Concepts L.P., a Pennsylvania limited partnership (1%)

2.      Nationwide Settlement Source, L.L.C., a Pennsylvania limited liability company

     a.      Nationwide Settlement Source, L.P., a Pennsylvania limited partnership (1%)

3.      Real Estate Settlement Solutions, L.L.C., a Pennsylvania limited liability company

     a.      Real Estate Settlement Solutions, L.P., a Pennsylvania limited partnership (1%)

4.      Service Link, L.P., a Pennsylvania limited partnership (1%)

     a.      AssetLink, L.P., a Colorado limited partnership (99%)

ll.      CTC LP, LLC, a Delaware limited liability company

1.      Service Link, L.P., a Pennsylvania limited partnership (99%)

     a.      AssetLink, L.P., a Colorado limited partnership (99%)

     b.      Closing Concepts, L.P., a Pennsylvania limited partnership (99%)

     c.      National Link, L.P., a Pennsylvania limited partnership (49.5%)

         i.      National Link of Alabama, L.L.C., an  Alabama limited liability company

     d.      Nationwide Settlement Source, L.P., a Pennsylvania limited partnership (99%)

     e.      Real Estate Settlement Solutions, L.P., a Pennsylvania limited partnership (99%)

     f.      Service Link of Texas, LLC, a Texas limited liability company

mm.      Diversified Title Agency, LLC, an Ohio limited liability company (52.48%)

     nn.      Executive Title Agency Corp., an Ohio corporation

     1.      First Partners Title Agency, LLC, an Ohio limited liability company (54.21%)

2. Great Northern Title Agency, LLC, an Ohio limited liability company (51.45%)

3. Lenders Title Agency, LLC, an Ohio limited liability company (78.5%)

oo. Fidelity National Management Services, LLC, a Delaware limited liability company

pp. FNF Canada Company, a Canadian company

qq. Fuentes & Kreischer Title Company, a Florida corporation

1. Florida Affiliated Title Services, LLC, a Florida limited liability    company (51%)

rr. GIT Holding Company, Inc., an Illinois corporation (60%)

1. Greater Illinois Title Company, an Illinois corporation

ss. Imaged Library Company, LLC, a Washington limited liability company (10.64% owned by CTI; 10.64% owned by Fidelity National Title Company of Washington, Inc.; 2.13% owned by Commonwealth Title Company; 6.38% owned by Washington Title Company)

tt. Integrity Title Agency of Ohio & Michigan, Ltd., an Ohio limited liability company (50.1%)

uu. Lake First Title Agency, LLC, an Ohio limited liability company (52.068%)

vv. La Salle County Title Company, L.L.C., an Illinois limited liability company (65%)

ww. Marble Title Company, LLC, a Texas limited liability company (12%)

xx. The Maryland Title Guarantee Company, a Maryland corporation

yy. McLean County Title Company, an Illinois corporation

zz. McHenry County Title Company, an Illinois corporation

aaa. Midwest Title Company  (formerly Midwest Abstract Company)  a Delaware corporation

bbb. National Link, L.L.C., a Pennsylvania limited liability company (49.8%)

ccc. Pioneer National Title Company, an Arizona corporation

ddd. Property Insight, LLC, a California limited liability company

1. Title-Tax, Inc., a California corporation

eee. Real Estate Index, Inc., an Illinois corporation

fff. Real Living Title Agency, Ltd., an Ohio limited liability company (45.1%)

ggg. Recodat Co., an Ohio corporation (25%)

hhh.   Region Title, LLC, an Indiana limited liability company (35% total; CTI owns 17.5%, and Ticor Title Insurance Company owns 17.5%)

iii.   River Valley Abstract & Title, Inc., a Wisconsin corporation

jjj.   SDC Title Agency, LLC, an Ohio limited liability company (50.1%)

kkk.   Security Title Company, LLC, a Wisconsin limited liability company

lll.   Sentry Service Systems, Inc., an Arizona corporation

mmm.   Superior Data Services, Inc., a New York corporation (50%)

nnn.   The Coral Title Agency, LLC, (50.1%), an Ohio limited liability company

ooo.   The Title Guarantee Company, a Maryland corporation

ppp.   Ticor Title Insurance Company Limited, an England company (50% owned by Chicago Title Insurance Company, 50% owned by Ticor Title Insurance Company)

qqq.   Ticor Title Insurance Company of Florida ("Ticor-FL"), (formerly American Pioneer Title Insurance Company ("APTIC")), a Nebraska corporation
  1.   Chelsea Title Company, a Florida corporation

rrr.   Title and Trust Company, an Idaho corporation

sss.   Title Services, L.C., dba Republic Title Services, a Virginia limited liability company (47%)

ttt.   The Title Company of Canada, Limited., a Canadian company
  1.   2027267 Ontario, Inc., (formerly Fidelity National Financial Canada, Inc.) a Canadian corporation

uuu.   United Land Title Agency, LLC, an Ohio limited liability company (50.1%)

vvv.   Vision Global Solutions, LLC, a Pennsylvania limited liability company

www.   Welles Bowen Title Agency, LLC, an Ohio limited liability company (50.1%)

3.   Fidelity National Title Insurance Company, a California corporation

a.   Aero Records & Title Co., an Oklahoma corporation

b.   Amtitle Company, a California corporation (inactive)

c.   BHC&M, Ltd., a Virginia corporation

d.   Fidelity Affiliates, LLC, a Florida limited liability company
  i.   Fortuna Service Company, LLC, a California limited liability company

e.   Fidelity National Title Agency of New York, Inc., a New York corporation

f.    Fidelity National Title Company of North Carolina, a North Carolina corporation
g.    Fidelity National Title Insurance Agency of Coconino, Inc., an Arizona corporation
h.    Fidelity National Title & Escrow of Hawaii, Inc., a Hawaii corporation
i.    Fidelity National Title of Colorado, Inc., a Colorado corporation
j.    Fidelity National Title of Florida, Inc., a Florida corporation
k.    Fidelity National Title of Illinois, Inc., an Illinois corporation
l.    Fidelity National Title of Indiana, Inc., an Indiana corporation
m.    Fidelity National Title of New Jersey, Inc., a New Jersey corporation
n.    Fidelity National Title of New Mexico, Inc., a New Mexico corporation
o.    Lawyers Title Insurance Corporation, a Nebraska corporation ("LTIC")
    i.    American Title Company of Livingston, a Michigan corporation
    ii.   American Title Group, Inc., a Texas corporation
        1.    LandAmerica American Title Company, a Texas corporation
        2.    Austin Title Company, (formerly LandAmerica Austin Title Company), a Texas corporation
        3.    LandAmerica Lawyers Title of San Antonio, Inc., a Texas corporation
        4.    LandAmerica Texas Title Company, a Texas corporation
    iii.  Atlanta Title Company
    iv.   Biltmore Abstract Limited Partnership, a Pennsylvania limited partnership, (49.95%)
    v.    CFS Title Insurance Agency, LLC, a Virginia limited liability company (50%)
    vi.   Colorado National Title, Inc., a Colorado corporation (50%)
    vii.  Commerce Title Guaranty Co., a Tennessee corporation
    viii. Gateway Title Company, a California corporation
    ix.   Global Corporate Services, Inc., a Virginia corporation
    x.    Guarantee Title Co., Inc., a Kansas corporation
    xi.   Land Canada Limited, a Canada corporation (51%)

xii.  LandAmerica Charter Title Company, a Virginia corporation
  1.  Charter Title/Sugarland, Ltd., a Texas limited partnership (80%)
  2.  Charter Title Company – Galveston, LLC, a Texas limited liability company
    i.  Harbour Title Company, a Texas corporation (50%)
xiii. LandAmerica (Europe) Sarl, a Switzerland company (5%)
xiv.  LandAmerica Lawyers Title of Amarillo, Inc., a Texas corporation
xv.   LandAmerica Lawyers Title of El Paso, Inc., a Virginia corporation
xvi.  LandAmerica New Mexico Title Company, a New Mexico corporation
xvii. LandAmerica Wilson Title Company, a Texas corporation
xviii. Land Title Agency, Inc., a New Jersey corporation
xix.  Lawyers Holding Corporation, a Virginia corporation
  1.  Biltmore Abstract, LLC, a Pennsylvania limited liability company (50%)
  2.  Lion Abstract, LLC, a Pennsylvania limited liability company (50%)
  3.  Louisville Title Agency of Central Ohio, Inc., an Ohio corporation
xx.   Lawyers Title Agency of North Florida, West Division, Inc., a Florida corporation
xxi.  Lawyers Title Canada Corporation, a Canada corporation
xxii. Lawyers Title Company, a California corporation
  1.  California Land Title Company, a California corporation
  2.  Channel Islands Escrow, Inc., a California corporation
  3.  LandAmerica Account Servicing, Inc., an Arizona corporation
  4.  Lawyers Title of Arizona, Inc. (formerly LandAmerica Title Agency, Inc.), an Arizona corporation
  5.  Lawyers Title Agency of Arizona, LLC, an Arizona limited liability company (25%)
  6.  Lawyers Title of Nevada, Inc., a Nevada corporation

xxiii.  Lawyers Title of Roswell, Inc., (formerly LandAmerica Lawyers Title of Roswell, Inc.), a New Mexico corporation

xxiv.  Lawyers Title Realty Services, Inc., a Virginia corporation

xxv.  Lion Abstract Limited Partnership, a Pennsylvania limited partnership (49.95%)

xxvi.  LTIC Alliance, LLC, an Ohio limited liability company
   1.  HL Title Agency, LLC, an Ohio limited liability company (51%)

xxvii.  Mid-South Title Corporation, a Tennessee corporation

xxviii.  Northpoint Escrow & Title, LLC, a Washington limited liability company (40%)

xxix.  Performance Tax Services, Inc., a Texas corporation

xxx.  Pinnacle Title Agency of Arizona, LLC, (d/b/a Transnation Title Agency), an Arizona limited liability company (45%)

xxxi.  Portland Title Agency, LLC, an Oregon limited liability company

xxxii.  Property Title Insurance Corporation, a Puerto Rico corporation
   1.  APEX Title Insurance Corporation, a Puerto Rico corporation
   2.  Cancellation Services, Inc., a Puerto Rico corporation

xxxiii.  Rainier Title, LLC, a Washington limited liability company (25%)

xxxiv.  Real Estate Title Company, Incorporated, a Maryland corporation

xxxv.  The Title Guarantee & Trust Company, an Ohio corporation

xxxvi.  Title Investors Group, Inc., a Texas corporation

xxxvii.  Transnation Title & Escrow, Inc., a Delaware corporation

xxxviii.  TransOhio Residential Title Agency Ltd., an Ohio corporation (20%)

xxxix.  Xenia Property Company, a Pennsylvania corporation

p.  Nations Title Insurance of New York, Inc., a New York corporation
   i.  Fidelity National Title and Abstract, Inc., a Maryland corporation

q.  Property Insight, LLC, a California limited liability company (39.47%)
  i.  Title-Tax, Inc., a California corporation
r.  Superior Data Services, Inc. a New York corporation (50%)
s.  Sunrise Research Corp., a New York corporation
t.  TAM Title & Escrow, LLC, a Tennessee limited liability company (10%)
u.  Title Closing Services, LLC, a Delaware limited liability company (17.5%)
v.  Title Services, Inc., a Tennessee corporation
w.  United Capital Title Insurance Company, a California corporation ("UCTIC")
x.  UTC Capital Group, Inc., a Texas corporation
  i.  Dallas-Fidelity National Title Agency, Inc., a Texas corporation

4.  Security Union Title Insurance Company, a California corporation
  a.  Chicago Title Insurance Company of Oregon, an Oregon corporation
    i.  Chicago Oregon Title Company, an Oregon corporation
  b.  FNF Title Reinsurance Company, a Vermont corporation
  c.  Land Title of Kitsap County, a Washington corporation (44.587%)
  d.  Property Insight, LLC, a California limited liability company (21.06%)
    i.  Title-Tax, Inc., a California corporation

5.  Ticor Title Insurance Company, a California corporation
  b.  Burnet Title of Indiana, LLC, an Indiana limited liability company (12.5%)
  c.  Chicago Title of Michigan, Inc., a Michigan corporation (50%); other 50% owned by Chicago Title Insurance Company
  d.  Commonwealth Title Company, a Washington corporation
  e.  Lakeland Title Services, Inc., a Wisconsin corporation
  f.  Region Title, LLC, an Indiana limited liability company (17.5%)
  g.  Ticor Title Agency of New York, Inc., a New York corporation
  h.  Ticor Title Company of Oregon (formerly Key Title Company), an Oregon corporation
    i.  Construction Disbursements, LLC, an Oregon limited liability company
  i.  Ticor Title of Illinois, Inc., an Illinois corporation
  j.  Ticor Title of Indiana, Inc., an Indiana corporation
    i.  Property Title Group, LLC, an Indiana limited liability company (51%)
  k.  Ticor Title of Texas, Inc., a Texas corporation

l.   Ticor Title of Washington, Inc. (formerly Commonwealth Title Company), a Washington corporation
m.   Ticor Title Insurance Company Limited, an England company (50% owned by Chicago Title Insurance Company, 50% owned by Ticor Title Insurance Company)
n.   Ticor Title Consultants, Ltd., a Canada company
o.   Village Resort, LLC, a California limited liability company

6.   Chicago Title Agency of Nevada, Inc. (88-0192423) (formerly United Title of Nevada, Inc.), a Nevada corporation
7.   Chicago Title Land Trust Company, an Illinois corporation
8.   Decatur Title Company, L.L.C., an Illinois limited liability company (40%)
9.   FNF 1031 Exchange Services, Inc., a Delaware corporation
10.  Investment Property Exchange Services, Inc., a California corporation
    a.   IPX 1031 LLC, a Delaware limited liability company
        i.     Chase Equipment Exchange, LLC, a Delaware limited liability company
        ii.    Chase Vehicle Exchange, Inc., a Delaware corporation
        iii.   Miller Leasing Exchange, LLC, a Delaware limited liability company
        iv.    National Residential Nominee Services, Inc., a Delaware corporation
            1.   Indiana Residential Nominee Services, LLC, an Indiana limited liability company
            2.   Maine Residential Nominee Services, LLC, a Maine limited liability company
            3.   Massachusetts Residential Nominee Services, LLC, a Massachusetts limited liability company
            4.   Vermont Residential Nominee Services, LLC, a Vermont limited liability company
        v.     National Safe Harbor Exchanges, a California corporation
        vi.    Strategic Property Investments, Inc., a Delaware corporation
        vii.   United Rental Exchange, LLC, a Delaware limited liability company
11.  LC Investment Corporation, an Indiana corporation
    a.   Lake County Trust Company, an Indiana corporation
12.  McNamara, LLC, a Nevada limited liability company
    a.   CT/Nevada Holding Company 88-0209282 (formerly: United Title of Nevada, Inc., formerly CT/Nevada Holding Co.) a Nevada corporation

        b.   Fidelity Global Solutions Costa Rica, S.A., a Costa Rican company

13. Micro General, LLC, a Delaware limited liability company (36-0906930)

        a.    MGEN Services Corp., a Delaware corporation

14. Referral Connection, LLC, a North Carolina limited liability company
15. Security Title Agency, Inc., an Arizona corporation
16. Ticor Financial Company, a California corporation
17. Title Accounting Services Corporation, an Illinois corporation
18. TT Acquisition Corp., a Texas corporation
19. United Financial Management Co., a Nevada corporation
20. Ticor Title Company, (formerly Washington Title Company 91-0184935) a Washington corporation
21. United Title of Nevada, Inc., (41-2154791) a Nevada corporation
22. Washington Title Company, a Washington corporation
23. Washington Title Insurance Company, a Washington corporation (inactive)

D.     Contract Servicing, LLC, a Delaware limited liability company

E.     Fidelity National Global Solutions, Inc., a Delaware corporation
     1.    Fidelity National de Mexico Administrative Services Company, S. de R.L. de C.V., a Mexico company; (99.9% owned by Fidelity National Global Solutions, Inc., and .1% owned by Fidelity National Title Group, Inc.)
     2.    Fidelity National Title de Mexico, S.A. de C.V., a Mexico company (95% owned by Fidelity National Global Solutions, Inc., and 5% owned by Fidelity National Title Insurance Company)

F.     Fidelity National Services, Inc. (formerly Drive Merger Co.), a Delaware corporation

G.    Fidelity National Technology Imaging, LLC, a Delaware limited liability company

H.    Fidelity National Title Agency of Nevada, Inc., a Nevada corporation

I.     Fidelity National Title Agency of Pinal County, Inc., an Arizona corporation

J.     Fidelity National Title Company of Flathead Valley, LLC, a Montana limited liability company

K.    Fidelity National Title Company of Oregon, an Oregon corporation

L.     Fidelity National Title Company of Washington, Inc., a Washington corporation

M.   FNF Escrow Holdings, LLC, a California limited liability company
     1.    Antelope Valley Escrow Company, a California corporation

N.    FNF Escrow Holdings II, LLC, a California limited liability company

O.    FNF Escrow Holdings III, LLC, a California limited liability company
     1.    Mission Trails Escrow, Inc. a California corporation (51%)

P.     FNF Intellectual Property Holdings, Inc., a Delaware corporation

Q.    FNF Reverse Exchange Corporation, a Delaware corporation

R.     FNF Security Acquisition, Inc., a Delaware corporation
     1.    Heritage Companies, Inc., a Colorado corporation

           a.     American Heritage Title Agency, Inc., a Colorado corporation
                  i.     Title Guaranty Agency of Colorado, Inc., a Colorado corporation
           b.     American Heritage Title Agency of Utah, Inc., a Utah corporation
           c.     Mercury Settlement Services, Inc., a Colorado corporation
                  i.     Mercury Settlement Services of Utah, Inc., a Utah corporation

2.     Security Title Guaranty Co., a Colorado corporation
     a.     United Title Company, Inc., a Colorado corporation
3.     Title America, Inc., a Colorado corporation
4.     USA Digital Solutions, Inc., an Arizona corporation
     a.     E-Paperless File, LLC, a Colorado limited liability company (50%)
     b.     Information Advantage, Inc., a Colorado corporation (49%)

S.     FNTG Holdings, Inc., (formerly FNTG California Holdings, LLC), a California limited liability company
1.     Loyalty Title Company, LLC, a Florida limited liability company (51%)
T.     FNTG Escrow Holdings IV, LLC, a California limited liability company
U.     FNTG National Record Centers, Inc., a Delaware corporation (formerly FNF National Record Centers, Inc.)
V.     HomeOwnershipTeam.com, Inc., a California corporation
W.     Mortgage Resolution Services, Inc., a Delaware corporation (converted from a Delaware limited liability company)
X.     NextAce Corporation, a California corporation (38.5935%)
Y.     Rocky Mountain Printing Services, Inc., a California corporation
Z.     Rocky Mountain Support Services, Inc., an Arizona corporation
1.     EC Purchasing.com, Inc., a Delaware corporation
2.     Fidelity Asset Management, Inc., a California corporation
3.     Fidelity Express Network, Inc., a California corporation
4.     Fidelity National Title Agency, Inc., an Arizona corporation
5.     Fidelity Residential Solutions, Inc., a Kansas corporation, (formerly Nations Title, Inc.)
     a     Fidelity Inspection & Consulting Services, Inc., (formerly Inspection One, Inc.) a Pennsylvania corporation
     b.     Fidelity Residential Assistance, Inc., a Texas corporation
6.     Homesold, a California corporation
7.     Island Title Company, a Washington corporation
8.     Manchester Development Corporation, a California corporation
AA.     Vision Appraisal Solutions, LLC, a Delaware limited liability company


**Fidelity National Title Services Group, Inc**. **("FNTSG")**, a Delaware corporation


**Fidelity Newport Holdings, LLC**, a Delaware limited liability company (45%)
A.     American Blue Ribbon Holdings, LLC, (formerly Blue Ribbon Holdings, LLC) a Delaware limited liability company

**Fidelity Sedgwick Holdings, Inc.,** a Delaware corporation (32%)
- A. Fidelity Sedgwick Corporation, a Delaware corporation
  - 1. Sedgwick CMS Holdings, Inc., a Delaware corporation
    - i. Sedgwick Claims Management Services, Inc., an Illinois corporation
      - 1. SCMS Administrative Services, Inc., an Illinois corporation
      - 2. Sedgwick CMS Canada, Inc., a Canada company
    - ii. Security Capital Corporation, a Delaware corporation
      - 1. CompManagement, Inc., an Ohio corporation
        - a. CMI Barron Risk Management Services, Inc., a Texas corporation
        - b. CMI Octagon, Inc., a Virginia corporation
        - c. CompManagement Health Systems, Inc., an Ohio corporation
        - d. Octagon Risk Services, Inc., a Minnesota corporation
          - 1. Caronia Corporation, a Delaware corporation

    - iii. VPA, Inc., a California corporation
      - 1. VPA Client Services, Inc., a California corporation

**First Title, LLC**, a Tennessee limited liability company (converted from First Title Corporation, a Tennessee corporation)
- A. First National Financial Title Services of Alabama, Inc., an Alabama corporation
- B. First National Financial Title Services, LLC, a Mississippi limited liability company
- C. First Title Corporation of Alabama, Inc., an Alabama corporation

**FNF Capital Holdings, LLC,** a Delaware limited liability company
- A. FNF Capital, Inc., a Delaware corporation

**FNF International Holdings, Inc.,** a Delaware corporation
- A. FNF International, Mauritius, a Republic of Mauritius company
  - 1. FNF Business Process Outsourcing Services India Private Limited, (formerly Fidelity Business Solutions India Private Limited) an India company, (99.9%) (.01% owned by FNF International Holdings, Inc.)

**J. Rockcliff, Inc.,** (formerly J. Rockcliff Realtors, Inc., formerly JWSposito, Inc.), a California corporation
- A. Rockcliff Referral Network, Inc., a California corporation

**National Alliance Marketing Group, Inc.** ("NAMG"), a California corporation
- A.      Fidelity National Disclosure Source, LLC , a Delaware corporation
- B.      Fidelity National Home Warranty Company, a California corporation
- C.      Fidelity National Insurance Company, a California corporation ("FNIC")
  - 1.     Fidelity National Property and Casualty Insurance Company ("FNPAC") (formerly Fidelity National Property and Casualty Insurance, Inc.; formerly First Community Insurance Company), a New York corporation
  - 2.     Fidelity National Indemnity Insurance Company  (formerly Fidelity National Lloyds), a Texas corporation
- D.      NAMG II, Inc., a Delaware corporation
- E.      PC Agent Group, Inc., a Delaware corporation
  - 1.  AIS Alamo Insurance Services, Inc., a California corporation
  - 2.  Chicago Heritage Insurance Services, Inc., a California corporation
  - 3.  Fidelity National Claims Services, Inc., a California corporation
  - 4.  Heritage American Insurance Services, Inc., a California corporation
  - 5.  Security Union Insurance Services, Inc., a California corporation
  - 6.  Ticor Insurance Services, Inc., a California corporation
- A.      Specialty Ventures, LLC, a Delaware limited liability company
  - 1.     Fidelity National Insurance Services, LLC, a California limited liability company, (formerly Fidelity National Insurance Services, Inc., a California corporation)
    - a.     Fidelity National Claims Services, Inc., a California corporation

**Rocky Mountain Aviation, LLC**, an Arizona limited liability company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HENRY LAM, on behalf of himself and all                     CLASS ACTION No.: 09CV5211
others similarly situated,

                    Plaintiffs,

         -against-                                          **AFFIDAVIT OF SERVICE**

DONALD J. TRUMP, TRUMP
ORGANIZATION, INC., TRUMP
ORGANIZATION, LLC, TRUMP MARKS,
LLC, TRUMP MARKS BAJA, LLC,
IRONGATE DEVELOPMENT, IRONGATE
WISHIRE, LLC, IRONGATE CAPITAL
PARTNERS, LLC, JASON GROSFELD,
ADAM FISHER, RICHARD FISHER,
CASEY FEDERMAN, JOSHUA CRANE,
FIRST AMERICAN FUND CONTROL, INC.,
CALIFORNIA FUND CONTROL, INC.,
SOUTHLAND TITLE CORP., SOUTHLAND
TITLE OF SAN DIEGO, LAWYERS TITLE
COMP., LANDAMERICA TITLE COMP.,
and PB IMPULSORES, S. de R.L. de C.V.
BANCO J.P. MORGAN, S.A., INSTITUCION
DE BANCA MULTIPLE, J.P. MORGAN
GROUPO FINANCIERO, DIVISION
FIDUCIARIA,

                    Defendants.
--------------------------------------------------------X
STATE OF NEW YORK,
                         ss.:
COUNTY OF NEW YORK

         I, Joanne Mazarese, being sworn, say: I am not a party to the action. I am over 18 years
of age and reside in the State of New York.

         On the 25th day of June 2009, I served the within CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 upon:

Joe R. Whatley, Jr., Esq.                         Audet & Partners, LLP
Whatley Drake & Kallas, LLC                       William M. Audet, Esq.
1540 Broadway, 37th Floor                         221 Main Street, Suite 1460
New York, New York 10036                          San Francisco, California 94105

Trump Marks Baja, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Trump Marks, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Trump Organization, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Trump Organization, LLC
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Donald J. Trump
c/o National Registered Agents, Inc.
875 Avenue of the Americas, Suite 501
New York, New York 10001

Adam Fisher
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Casey Federman
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Jason Grosfeld
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Irongate Capital Partners, LLC
c/o Adam Fisher
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Richard Fisher
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

Irongate Wilshire, LLC
c/o James Krause
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

California Fund Control, Inc.
c/o Timothy P. Sullivan
1 First American Way
Santa Ana, California 92707

First American Fund Control, Inc.
c/o Timothy P. Sullivan
1 First American Way
Santa Ana, California 92707

Irongate Development
10880 Wilshire Boulevard, Suite 1460
Los Angeles, California 90024

LandAmerica Title Company
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, California 95814

Southland Title Corporation
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, California 95814

Southland Title of San Diego
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, California 95814

by depositing a true copy thereof enclosed in a post-paid wrapper,  in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to them at their last known address set forth after their names.

Joanne Mazarese

Sworn to before me on the
25th day of June, 2009

Notary Public

ROSA TRICARICO
NOTARY PUBLIC STATE OF NY
01TR5082931
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES ON 20 09, Aug. 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**                 CLASS ACTION No.: 09CV5211

HENRY LAM, on behalf of himself and all
others similarly situated,

        Plaintiffs,

    -against-

DONALD J. TRUMP, TRUMP ORGANIZATION, INC., TRUMP
ORGANIZATION, LLC, TRUMP MARKS, LLC, TRUMP MARKS
BAJA, LLC, IRONGATE DEVELOPMENT, IRONGATE
WISHIRE, LLC, IRONGATE CAPITAL PARTNERS, LLC, JASON
GROSFELD, ADAM FISHER, RICHARD FISHER, CASEY
FEDERMAN, JOSHUA CRANE, FIRST AMERICAN FUND
CONTROL, INC., CALIFORNIA FUND CONTROL, INC.,
SOUTHLAND TITLE CORP., SOUTHLAND TITLE OF SAN DIEGO,
LAWYERS TITLE COMP., LANDAMERICA TITLE COMP., and
PB IMPULSORES, S. de R.L. de C.V. BANCO J.P. MORGAN, S.A.,
INSTITUCION DE BANCA MULTIPLE, J.P. MORGAN GROUPO
FINANCIERO, DIVISION FIDUCIARIA,

        Defendants.

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

# CHRISTOPHER P. KOHN, ESQ.

Attorney for Defendant Lawyers Title Company
350 Fifth Avenue, Suite 5016
New York, New York 10118
646-708-8090
Fax: 212-594-8378