**COURTESY COPY**



# JASPAN SCHLESINGER
## Attorneys at Law — LLP

Since 1946

**Laurel R. Kretzing**
Partner
516-393-8258
lkretzing@jaspanllp.com

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516.746.8000 • FAX 516.393.8282
www.jaspanllp.com

**DELAWARE OFFICE**
913 North Market Street
Wilmington, DE 19801
Telephone 302.351.8000
Fax 302.351.8010

June 24, 2009

**Via Fax – 212-805-6326**
**and Original Via ECF**
Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

E-FILED BY: L Kretzing
DATE: 6/25/09
DOCKET NO: 9

Re: **Henry Lam, on behalf of himself and all other similarly situated v. Donald J. Trump, et al.**
**U.S. District Court No.: 09 CV 5211**

Dear Justice McMahon:

This firm has been retained by Donald J. Trump, Trump Marks Baja, LLC, Trump Marks, LLC, Trump Organization, LLC, and Trump Organization, Inc. (the "Trump Defendants"). This letter respectfully requests an extension of the Trump Defendants' time to respond to the complaint until July 29, 2009. The original date to respond to the complaint is June 29, 2009. No prior requests for an extension have been made. I have called all three attorneys listed as counsel for the plaintiff and left messages stating that I was requesting extensions of time for the Trump Defendants to respond to the complaint until July 29, 2009. I called Joe R. Whatley, Jr., on June 23, 2009 and left a message on his assistant's voicemail. I called Edith M. Kallas, on June 24, 2009 and left a message on her voicemail. I called William M. Audet today and left a message on his voicemail. None of the attorneys have returned my phone calls. The requested extension does not affect any other scheduled date. There is a conference scheduled for July 17th, however, I do not at this time anticipate that this request will affect my ability to appear at that conference.

The reason for this request is that we have just been retained to represent the Trump Defendants in this matter. The matter is complex and is related to an action which is pending in the State Court in California entitled: <u>Derek O'Brien and Pamala O'Brien, et al. v. Donald J. Trump, et al.</u>, California Superior Court, Los Angeles County Case No. BC409651, which requires our firm to coordinate with California counsel.

Thank you for your attention to this matter.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09

Respectfully submitted,

*LR Kretzing*

LAUREL R. KRETZING

LRK/jlr
D656027/F#540024

cc: William M. Audet, Esq. - Via Facsimile transmission
Edith M. Kallas, Esq. - Via Facsimile transmission
Joe R. Whatley, Jr., Esq. - Via Facsimile transmission
Christopher Philip Kohn, Esq. - Via Facsimile transmission

*I [won't?] anyone [not?] the same schedule* [handwritten annotation]

[signed] Colleen McM 6/30/09