UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY LAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP; TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION, LLC; TRUMP MARKS, LLC; TRUMP MARKS BAJA, LLC; IRONGATE DEVELOPMENT; IRONGATE WILSHIRE, LLC; IRONGATE CAPITAL PARTNERS, LLC; JASON GROSFELD; ADAM FISHER; RICHARD FISHER; CASEY FEDERMAN; JOSHUA CRANE; FIRST AMERICAN FUND CONTROL, INC.; CALIFORNIA FUND CONTROL, INC.; SOUTHLAND TITLE CORP.; SOUTHLAND TITLE OF SAN DIEGO; LAWYERS TITLE COMP.; LANDAMERICA TITLE COMP.; PB IMPULSORES, S. de R.L. de C.V., and BANCO J.P. MORGAN, S.A., INSTITUCION DE BANCA MULTIPLE, J.P. MORGAN GRUPO FINANCIERO, DIVISION FIDUCIARIA.<br><br>Defendant(s). | Case No. 09-civ-5211-CM<br><br><br><br><u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u> |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff HENRY LAM hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Date: September 10, 2009

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS
1540 Broadway, 37th Fl.
New York, NY 10036
T: (212) 447-7070
F: (212) 447-7077

*For Plaintiff*

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

I am employed in the County of New York, State of New York; my business address is 1540 Broadway, 37th Fl. New York, NY 10036. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**NOTICE OF DISMISSAL**
**PROOF OF SERVICE**

on the parties shown below:

SEE ATTACHED

[X] (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

[X] (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X] State: I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on this 10th day of September, 2009 at New York, New York.

Lior A. Brinn

**Service List**

| | |
|---|---|
| Laurel R. Kretzing<br>Jaspan Schlesinger LLP<br>300 Garden City Plaza<br>Garden City, NY 11530<br>*Counsel for:*<br>    Defendants,<br>    Trump Marks Baja, LLC<br>    Trump Organization, LLC<br>    Donald J. Trump<br>    Trump Marks, LLC and<br>    Trump Organization, LLC | Adam Fisher<br>10880 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90024<br><br>Richard Fisher<br>10880 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90024<br><br>Irongate Development<br>10880 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90024 |

Anthony Zaccaria
Pollack & Kaminsky
245 Park Avenue, 27th Floor
New York, NY 10167
*Counsel for:*
    Casey Federman
    Jason Grosfeld

LandAmerica Title Company
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, CA 95814

Southland Title of San Diego
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, CA 95814

Tim Hughes
Daniels, Fine, Israel, Schonbuch & Lebovits, LLP,
1801 Century Park East, Ninth Floor,
Los Angeles, CA 90067
*Counsel for*
    Irongate Wilshire, LLC

Southland Title Corporation
c/o Capital Corporation Services, Inc.
455 Capital Mall, Suite 217
Sacramento, CA 95814

Richard Asche
Litman, Asche & Gioiella, LLP
45 Broadway Atrium
New York, NY 10006
*Counsel for*
    Irongate Wilshire, LLC
    Irongate Capital Partners, LLC
    P.B. Impulsores, S. de R.L. de C.V.